**Dismissed and Memorandum Opinion filed August 14, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00570-CR

_____

### RICHARD GOOSBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1315052**

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of no contest to aggravated robbery with a deadly weapon. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on June 13, 2012, to confinement for twenty-five (25) years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of

appeal. *See* Tex. R. App. P. 25.2(a)(2); Tex. Code Crim. Proc. Ann. art. 44.02 (West 2006). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Seymore, Boyce, McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)